UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _10/25/2023_
```

-------------------------------------------------------------------X
                                   :

MARIA DIMEGLIO, on behalf of herself and all others  :
similarly situated,                                 :
                                   :
                    Plaintiffs,        :            23-cv-05851 (LJL)
                                   :
            -v-                   :           <u>ORDER</u>
                                   :
Zoot Squad,                            :
                                   :
                    Defendant.     :
                                   X
-----------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      A telephonic initial pretrial conference was held in this matter on October 25, 2023.  This order memorializes the deadlines and trial schedule set by the Court at the conference.  If the parties have not reached a settlement agreement by November 22, 2023, the parties are directed to submit a joint status update to the Court on that date, explaining why the case should not be referred for mediation.  Post-discovery status conference is scheduled for April 19, 2024, at 3:00 PM.  The parties are directed to submit any motions for summary judgment by April 29, 2024.

SO ORDERED.
Date: October 25, 2023

                                       _____
                                         LEWIS J. LIMAN
                                      United States District Judge